AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Brown, Elizabeth E. | 2. Court or Organization  U.S. Bankruptcy Court for the District of Colorado | 3. Date of Report  04/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

721 19th Street
Denver, CO 80202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Adjunct Professor | University of Colorado School of Law |
| 3. | Editor-in-Chief | American Bankruptcy Law Journal |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | University of Colorado School of Law - Teaching | $9,000.00 |
| 2. | 2018 | Editor in Chief, American Bankruptcy Law Journal | $16,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (psychotherapist) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oklahoma Bar Association | December 6-9, 2018 | Oklahoma City, OK | Annual Bankruptcy Law Seminar | Transportation, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 04/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 (H) | | | | | | | | | |
| 2. John Hancock Universal Life Insurance Policy | | None | L | T | | | | | |
| 3. Metlife stock | A | Dividend | J | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Fundamental Investors Cl A (ANCFX) | B | Dividend | K | T | | | | | |
| 6. Fundamental Investors Inc Cl F1 (AFIFX) | C | Dividend | K | T | | | | | |
| 7. Growth Fund of Amer (GFAFX) | D | Dividend | L | T | | | | | |
| 8. Investment Co. of Amer Cl A (AIVSX) | B | Dividend | J | T | | | | | |
| 9. Investment Co of Amer Cl F1 (AICFX) | C | Dividend | K | T | | | | | |
| 10. Washington Mutual Inv (WSHFX) | C | Dividend | K | T | | | | | |
| 11. Cap World Grwth & Incm (CWGIX) | B | Dividend | K | T | | | | | |
| 12. New Perspective Fund Cl A (ANWPX) | B | Dividend | K | T | | | | | |
| 13. New Perspective Fund Cl F1 (NPFFX) | B | Dividend | K | T | | | | | |
| 14. iShares TR (TIP) | A | Dividend | K | T | | | | | |
| 15. Amer. Balanced Cl A (ABALX) | B | Dividend | K | T | | | | | |
| 16. Amer Balanced Fd Cl F1 (BALFX) | B | Dividend | K | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBC Bank Deposit Program | A | Dividend | K | T | | | | | |
| 19. AMG GWK US Sm Cap Grwth I (ATSIX) | | None | | | Sold | 02/22/18 | J | | |
| 20. AMG Mngrs Mntg & Cldwll Grwth (MCGIX) | | None | | | Sold | 02/22/18 | J | | |
| 21. Artisan Partners Funds Val Fund (APDLX) | B | Dividend | J | T | | | | | |
| 22. Dodge & Cox Stock Fd (DODGX) | B | Dividend | J | T | | | | | |
| 23. iShares Core S&P Small Cap (IJR) | A | Dividend | J | T | | | | | |
| 24. iShares Core S&P 500 (IVV) | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 25. Ivy Lg Cap Gwth Fd (IYGIX) | A | Dividend | J | T | | | | | |
| 26. Riverpark Wedgewood Fund (RWGIX) | C | Dividend | J | T | | | | | |
| 27. SPDR S&P 500 ETR (SPY) | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 28. Thornburg Intl Value Fd (TGVIX) | A | Dividend | J | T | | | | | |
| 29. Loomis Sayles Inv (LSIIX) | A | Dividend | J | T | | | | | |
| 30. iShares 3-7 yr. Treasury (IEI) | A | Dividend | | | Buy (add'l) | 02/22/18 | J | | |
| 31. | | | | | Sold | 06/20/18 | K | | |
| 32. iShares 1-3 Yr Treasury Bond ETF (SHY) | A | Dividend | K | T | Buy | 06/20/18 | K | | |
| 33. CollegeInvest \| Colorado 529 College Savings Plan (H) | | | | | | | | | |
| 34. Scholars Choice College Savings Prgm - Age Based | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 04/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 04/23/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544